

2023 JAN 20 AM 9:57

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kasim M. Saidi

Write the full name of each plaintiff.

23 CV 396

(Include case number if one has been assigned)

-against-

Howard stern
Fedral government U.S.A

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Invasion of Privacy, Harassment, mental anguish humiliation. Target for public*

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **Howard Stern** (Defendant's name), is a citizen of the State of

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Howard Stern**, is incorporated under the laws of the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Kasim** (First Name)   **M.** (Middle Initial)   **Saidi** (Last Name)

**411 Van Siclen Ave**
Street Address

**Brooklyn** (County, City)   **N.Y.** (State)   **11207** (Zip Code)

**347-595-3776**
Telephone Number

**Mohammadzazey315@gmail.com**
Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **Howard** **Stern**
First Name / Last Name

**92.3 K Rock Radio Talk show Host**
Current Job Title (or other identifying information)

**America got Talent show Judge**
Current Work Address (or other address where defendant may be served)

County, City   State   Zip Code

Defendant 2: **CIA** **Fedral government**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City   State   Zip Code

Defendant 3: 
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City   State   Zip Code

Page 4

Defendant 4: _____
                      First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _my Appartment_

Date(s) of occurrence: _1991 year_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was Howard stern Radio show Fan, and 93.3 KROCK music Fan. one day Howard said he is situated by Federal government. nobody says any thing. I went to work, every body is on my case, every body knew me. I tried different things to stop the situation from me I kept on taking off from work, because that was uncomfortable where every body is on your case. I couldn't stay in my Appartment because I was bothered I was changing Appartments, finally some body said he is feeling to comfortable in this country. all in the sudden I was bothered Phesically, and I left my work and started going cross country Looking for work but still bothered every where I lived, I couldn't get a Job, still I am bothered and attacked by building manager

Page 5

and I am a senior now 65 years old every where I went There is a tail Folowing me. Hackers Taking money From my bank account. my Phone line is Hacked. 2018 Rodeo station 10.10 win news Radio Unleeshed Hespanics Pakistany, Indians, Bangladishees, Afghans and Black People After me as my animeis They were stalking me even out side The country Black People stalking me even now. and I am only one Person I have no body helping me as a senior. and I have to get out of this country I only make $838.00 social security.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Humeliation. mentual anguish, abuse as senior. Lost of 31 years wages That I couldn't work since 2006 I am Looking For work can not find one. Lost of 31 Yeanger years. every body very easily can Throw a dart at me. because I am Target.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$ 1 Billion Dollars in damages.

and I want the evel Tail away From my back and The situation stop from me. I Feel like a Fugitive for decades.   Thank you

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 01/19/2023
Plaintiff's Signature: Kasim

First Name: Kasim
Middle Initial: M.
Last Name: Saidi

Street Address: 411 Van Siclen AVE
County, City: Brooklyn
State: New York
Zip Code: 11207
Telephone Number: 347-595-3776
Email Address: Mohammadrazeq315@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.